## H. C. JENNINGS V. THE STATE.

No. 22469. Delivered April 7, 1943.

*Aubrey Morris,* of Waco, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a fine of fifty dollars for driving on a public highway while intoxicated. The judgment was on a plea of guilty. The record contains no statement of facts or bills of exception. No notice of appeal was given, and this court is without jurisdiction to consider the appeal, which is accordingly dismissed.